UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MINNIE EVANS,

    Plaintiff,

v

WOLVERINE BUILDER, LLC,
REAL FINANCIAL, LLC,
CHASE HOME FINANCE, LLC, and
FINANCE AMERICA, LLC,

    Defendants.

Case No. 1:07-cv-14794

Honorable Thomas L. Ludington

Referral Mag. Judge Charles E. Binder

---

| UAW LEGAL SERVICES PLAN | DYKEMA GOSSETT PLLC |
|---|---|
| Sharon M. Withers (P32691) | Joseph H. Hickey (P41664) |
| Attorneys for Plaintiff | Christyn M. Scott (P67485) |
| One Tuscola St. | Attorneys for Chase Home Finance, LLC |
| Saginaw, MI 48607 | 39577 Woodward Ave., Suite 300 |
| (989) 776-6650 | Bloomfield Hills, MI 48304-5086 |
| E-Mail: sharonwi@uawlsp.com | (248) 203-0700 |
| | E-Mail: jhickey@dykema.com |

MADDIN HAUSER WARTELL ROTH & HELLER, P.C.
Brian A. Nettleingham (P58966)
Attorneys for Finance America, LLC
28400 Northwestern Highway, 3RD Floor
Southfield, MI 48034
(248) 354-4030
E-Mail: ban@maddinhauser.com

---

**STIPULATED ORDER FOR THIRD EXTENSION OF TIME FOR DEFENDANT
<u>CHASE HOME FINANCE, LLC TO FILE A RESPONSIVE PLEADING</u>**

    Pursuant to the agreement of the parties evidenced by their attorneys' signatures below, Plaintiff Minnie Evans and Defendant Chase Home Finance, LLC ("Chase") agree that Chase's responsive pleading will be due on or before Thursday, February 7, 2008.

IT IS HEREBY ORDERED that Chase's responsive pleading will be due on or before Thursday, February 7, 2008.

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

Dated: January 4, 2008

**STIPULATION:**

| **UAW LEGAL SERVICES PLAN** | **DYKEMA GOSSETT PLLC** |
|---|---|
| By: s/Sharon M. Withers w/permission CMS<br>    Sharon M. Withers (P32691)<br>    Attorneys for Plaintiff | By: s/Christyn M. Scott<br>    Christyn M. Scott (P67485)<br>    Attorneys for Defendant Chase |
| Dated: December 20, 2007 | Dated: December 20, 2007 |

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 4, 2008.

        s/Tracy A. Jacobs
        TRACY A. JACOBS